# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **IN RE:** § | |
| § | **CASE NO.** 19-00593 |
| Deidre Rose Uhl § | **Chapter 13** |
| Shaun Orlo Kristopher Uhl § | **Hon.** John T Gregg |
| § | **Filed** 02/18/2019 |
| **Debtor(s)** § | |

## DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 PROCEEDINGS

NOW COME Debtor(s), Deidre Rose Uhl & Shaun Orlo Kristopher Uhl, by their counsel, Mapes Law Offices, and for their response to the Trustee's Motion to Dismiss Chapter 13 Proceedings, states as follows:

1. That this Chapter 13 case was filed on 02/18/2019.

2. That the Chapter 13 Plan was confirmed on 07/17/2019.

3. That the Debtors have already submitted their 2020 tax returns to the Trustee.

4. That the Debtors received no net refunds for tax year 2020.

WHEREFORE, the Debtors request that this Honorable Court deny the Trustee's Motion to Dismiss Chapter 13 Proceedings and grant the Debtors such other and further relief as is just in the premises.

Dated: 07/02/2021                    /s/Jeffrey D. Mapes
                                     Jeffrey D. Mapes, Attorney for Debtor
                                     29 Pearl St. NW, Ste. 305
                                     Grand Rapids, MI 49503
                                     Phone: (616) 719-3847
                                     Fax: (616) 719-3857

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 07/02/2021 a true and correct copy of the foregoing was served on all parties in interest below.

Dated: 07/02/2021 /s/Jeffrey D. Mapes
Jeffrey D. Mapes, Attorney for Debtor
29 Pearl St. NW, Ste. 305
Grand Rapids, MI 49503
Phone: (616) 719-3847
Fax: (616) 719-3857

**DEBTORS**:
Deidre & Shaun Uhl
265 Beymoure St.
Kalamazoo, MI 49009

**CHAPTER 13 TRUSTEE**
Brett N Rodgers
ecf@rodgersch13.com, backup1@rodgersch13.com

**U.S. TRUSTEE**
United States Trustee
125 Ottawa NW Ste 202R
Grand Rapids, MI 49503